SEALED

ORDERED/UNSEALED on 05/05/2022   s/ anthonyh

FILED
5/5/2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   vyc   DEPUTY

RANDY S. GROSSMAN
United States Attorney
COURTNEY L. STRANGE
California Bar No.: 317315
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (760) 355-2216
Email:  Courtney.Strange@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:   22-CR-514-BAS |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| SHANE CHAPPAROSA, | |
| Defendant. | |

The UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, and Courtney L. Strange, Assistant United States Attorney, respectfully requests, this Court unseal the above-entitled case for all purposes.

Agents informed Defendant of the Indictment in an effort to persuade Defendant to surrender. However, Defendant did not surrender, but instead fled. In order to procure

the assistance of other federal, state, and local law enforcement officers to locate and arrest Defendant, the above-entitled case must be unsealed for all purposes.

DATED: May 5, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

_____
COURTNEY L. STRANGE
Assistant U.S. Attorney