# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE CHAPPAROSA,<br><br>Defendant. | Case No. 22-cr-0514-BAS<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that the United States' unopposed motion to dismiss the Indictment in the above-referenced matter (Dkt. No. 56) pursuant to Federal Rule of Criminal Procedure 48(a) and the terms of the parties' plea agreement is granted.

IT IS SO ORDERED.

DATED: October 15, 2024

_____
HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE